IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RICHARDSON, | CASE NO. 1: 04 CV-F 5394 REC DLB P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DEFENDANTS' MOTION TO DISMISS BE DENIED IN PART AND GRANTED IN PART |
| vs. | |
| J. SULLIVAN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 29, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days. Neither party has filed timely objections to the Findings and Recommendations.

The court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed July 29, 2005, are adopted in full; and

    2. Defendants' motion to dismiss, is GRANTED in part as follows:

      a.    Defendants' motion to dismiss for failure to exhaust administrative remedies prior to filing suit is DENIED; and

      b.    Defendants' motion to dismiss for failure to state a claim is GRANTED and this action shall proceed on plaintiff's claims against defendants Llamas and Punt only.

IT IS SO ORDERED.

668554**Dated:  October 5, 2005**              **/s/ Robert E. Coyle**
                                                                                 UNITED STATES DISTRICT JUDGE