**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN RICHARDSON, | CASE NO. 1: 04 CV-F 5394 REC DLB P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ORDER TO PRODUCE DOCUMENTS<br>[DOC 80] |
| vs. | |
| J. SULLIVAN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On November 18, 2005, plaintiff filed a motion for an order requiring defendants to produce documents.

Plaintiff is advised that the discovery phase of this litigation was opened on November 22, 2005 by the Court's Discovery and Scheduling Order. As stated in paragraph seven of the First Informational Order issued to plaintiff on March 26, 2004, once discovery is open, court permission is not necessary for discovery requests. Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Interrogatories, requests for admissions, requests for production of documents, and responses thereto shall not be filed with the court until there is a proceeding in which the document or proof of service is at issue. Such documents are to be served on the opposing party, and not with the court. Local Rule 33-

1 | 250, 36-250.  Discovery requests improperly filed with the court shall be stricken from the record.

2 |      Accordingly, for the foregoing reasons, plaintiff's motion for an order requiring defendants to

3 | produce documents is DENIED.  Plaintiff must serve his discovery requests on defendants.

4 |      IT IS SO ORDERED.

5 | **Dated:**  **November 23, 2005**            **/s/ Dennis L. Beck**
3c0hj8                                                   UNITED STATES MAGISTRATE JUDGE