# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RICHARDSON, | CASE NO. 1:04-cv-05394-LJO DLB PC |
| Plaintiff, | ORDER VACATING PREVIOUS ORDER ADOPTING |
| v. | |
| LLAMAS, et al., | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES |
| Defendants. / | [Doc 95] |

Plaintiff , a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 28, 2007, the Court issued an Order Adopting Findings and Recommendations Recommending Defendants' Motion to Dismiss be Denied in Part and Granted in Part.  This Order was issued in error and is HEREBY VACATED.

On August 20, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this

1

Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 20, 2007, is adopted in full;
2. Defendants' renewed motion to dismiss for failure to exhaust, filed September 18, 2006, be GRANTED; and
3. Pursuant to 42 U.S.C. § 1997e(a), this action is dismissed, without prejudice, based on plaintiff's failure to exhaust the administrative remedies prior to filing suit.

IT IS SO ORDERED.

**Dated:    October 1, 2007**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE